# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA LUCCIA | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO.: 20-4794 |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY INTERMEDIATE UNIT | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The parties to this civil action, by their undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

/s/ Julia W. Clark                              /s/ Bonnie Young

Karpf, Karpf & Cerutti, P.C.                    Fox Rothschild LLP
Julia W. Clark, Esq.                            Bonnie Young
3331 Street Road                                Scott M. Badami
Two Greenwood Square, Suite 128                 10 Sentry Parkway
Bensalem, PA                                    Suite 200
*Counsel for Plaintiff*                         Blue Bell, PA 19422-3001

Date: June 3, 2021

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

/s/ Harvey Bartle III
_____
                                          J.
June 8, 2021